IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW REED,

    Plaintiff,                   No. CIV S-04-0936 LKK GGH P

    vs.

S. HAFERKAMP, et al.,

    Defendants.          <u>ORDER</u>

/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 18, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2005, are adopted in full; and

2. Plaintiff's claim in the July 7, 2005, second amended complaint that defendants caused him to fall in the shower is dismissed.

DATED: September 19, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/reed0936.805