IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW REED,

        Plaintiff,                      No. CIV S-04-0936 LKK GGH P

    vs.

S. HAFERKAMP, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 19, 2006, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on May 15, 2006, June 7, 2006, and June 29, 2006. All requests were denied. In light of those orders, plaintiff's July 19, 2006, request is denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 19, 2006, motion for appointment of counsel is denied.

DATED: 7/26/06

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
reed0936.31f