IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW REED,

        Plaintiff,                      No. CIV S-04-0936 LKK GGH P

   vs.

S. HAFERKAMP, et al.,

        Defendants.            <u>ORDER</u>

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 29, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on May 15, 2006, and June 7, 2006. All requests were denied. In light of those orders, plaintiff's June 29, 2006, request is denied.

        On June 29, 2006, plaintiff filed a motion to compel. Pursuant to the January 20, 2006, scheduling order, discovery closed on May 5, 2006. Accordingly, plaintiff's motion to compel is denied as untimely.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 29, 2006, motion for appointment of counsel is denied;

/////

/////

2. Plaintiff's June 29, 2006, motion to compel is denied.

DATED: 8/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
reed0936.31t