IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW REED,

        Plaintiff,                  No. CIV S-04-0936 LKK GGH P

   vs.

S. HAFERKAMP, et al.,

        Defendants.       ORDER

_____/

        Plaintiff's address recently changed although he failed to file a notice of change of address. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. The court will direct the Clerk of the Court to amend court records to reflect plaintiff's new address. However, if plaintiff's address changes again and he fails to notify the court, the court will recommend dismissal of this action.

        IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to amend court records to reflect plaintiff's new address: P.O. Box 6000, Delano, CA, 93215-6000;

/////

/////

/////

1

2. The Clerk is directed to re-serve plaintiff with the findings and recommendations and orders filed July 26, 2006, and August 6, 2006, which were returned unserved.

DATED: 8/23/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
ree936.add