IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW REED,

        Plaintiff,                  No. CIV S-04-0936 LKK GGH P

    vs.

S. HAFERKAMP, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On November 16, 2006, defendants filed a summary judgment motion. Plaintiff has not filed an opposition.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall show cause for his failure to file an opposition to defendants' summary judgment motion; plaintiff shall file his opposition within that time as well; failure to file an opposition within twenty days will be deemed a waiver of opposition.

DATED: 2/6/07

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

re939.osc