IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW REED,

    Plaintiff,                    No. CIV S-04-0936 LKK GGH P

    vs.

S. HAFERKAMP, et al.,

    Defendants.               ORDER

_____/

        On June 21, 2007, the court recommended that defendants' summary judgment motion be granted. On July 5, 2007, plaintiff filed objections to the findings and recommendations. On August 10, 2007, the district court adopted the findings and recommendations and judgment was entered.

        On September 4, 2007, plaintiff filed a letter with the court stating that he did not receive the June 21, 2007, findings and recommendations. Plaintiff requests that the court send him a copy of the findings and recommendations and grant him an opportunity to file objections. Because plaintiff clearly did receive the findings and recommendations, as demonstrated by his objections filed July 5, 2007, plaintiff's request to file objections contained in his September 4, 2007, letter is denied.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request to file objections
2 to the findings and recommendations, contained in his September 4, 2007, letter is denied.
3 DATED: 10/22/07

                                               /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

re936.ord